District of Texas, San Antonio, TX, For Plaintiff–Appellee.

M. Carolyn Fuentes, Federal Public Defender's Office, Western District of Texas, San Antonio, TX, for Defendant–Appellant.

Before DAVIS, BARKSDALE, and DeMOSS, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Jose Angel Argumedo–Delgado raises arguments that are foreclosed by *Almendarez–Torres v. United States*, 523 U.S. 224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), which held that 8 U.S.C. § 1326(b)(2) is a penalty provision and not a separate criminal offense. The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

---

**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Pedro Gerardo MARTINEZ–AVILA,**
**also known as Gerardo Martinez–**
**Avila, Defendant–Appellant.**

**No. 06–50132**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

July 13, 2006.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

M. Carolyn Fuentes, Federal Public Defender's Office, Western District of Texas, San Antonio, TX, for Defendant–Appellant.

Before DAVIS, BARKSDALE, and DeMOSS, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Pedro Gerardo Martinez–Avila raises arguments that are foreclosed by *Almendarez–Torres v. United States*, 523 U.S. 224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), which held that 8 U.S.C. § 1326(b)(2) is a penalty provision and not a separate criminal offense. The Government's motion for summary affirmance is

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

**340**

GRANTED, and the judgment of the district court is AFFIRMED.

147 L.Ed.2d 435 (2000), did not render 21 U.S.C. § 841 unconstitutional on its face. The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

UNITED STATES of America,
Plaintiff–Appellee,

v.

Ernesto LEYVA, Jr., Defendant–
Appellant.

No. 06–40162
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

July 13, 2006.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, H. Michael Sokolow, Federal Public Defender's Office, Southern District of Texas, Houston, TX, for Defendant–Appellant.

Before DAVIS, BARKSDALE, and DeMOSS, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Ernesto Leyva, Jr., raises arguments that are foreclosed by *United States v. Slaughter*, 238 F.3d 580, 582–84 (5th Cir.2000), which held that *Apprendi v. New Jersey*, 530 U.S. 466, 120 S.Ct. 2348,

UNITED STATES of America,
Plaintiff–Appellee

v.

Malcolm Charles HARTZOG,
Defendant–Appellant.

No. 05–60312.

United States Court of Appeals,
Fifth Circuit.

July 13, 2006.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.